# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1560

_____

Francis J. Pumper,                                 *
                                                   *
        Appellant,                                 *
                                                   *     Appeal from the United States
        v.                                         *     District Court for the
                                                   *     District of Minnesota.
Paul Bartz, Officer,                               *
                                                   *     [UNPUBLISHED]
        Appellee.                                  *

_____

Submitted:  October 29, 1999
    Filed:   November 1, 1999

_____

Before BOWMAN, FAGG, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Francis J. Pumper appeals the district court's[1] grant of summary judgment to police officer Paul W. Bartz in Pumper's 42 U.S.C. § 1983 and state tort action arising out of his arrest for traffic violations and obstruction of justice. After de novo review of the record and the parties' submissions, we conclude summary judgment was proper for the reasons stated by the district court. We dismiss Bartz's motion to strike as moot, see Stewart v. Professional Computer Ctrs., Inc., 148 F.3d 937, 940 n.3 (8th Cir.

---

[1]The Honorable David S. Doty, United States District Judge for the District of Minnesota.

1998), and we deny Pumper's motion to recuse the district judge.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.